UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MONA PRICE,

     Plaintiff,

v.

SOUTHWESTERN INVESTORS GROUP, LLC,

     Defendant.
_____/

Case No. 1:16-cv-396

HON. ROBERT HOLMES BELL

### STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff Mona Price and defendant Southwestern Investors Group, LLC, being all of the parties who have appeared in this action, stipulate to the immediate dismissal of this action, with prejudice as to all parties, and with no award of costs or attorney fees to any party.

Dated: October 10, 2016

/s/ Phillip C. Rogers
Phillip C. Rogers (P34356)
Attorney for Plaintiff
40 Pearl Street, N.W., Suite 336
Grand Rapids, Michigan 49503-3026
(616) 776-1176
ConsumerLawyer@aol.com

Dated: October 10, 2016

/s/ Brendan H. Little
Brendan H. Little
Lippes Mathias Wexler Friedman LLP
Attorneys for Defendant
50 Fountain Plaza, Suite 1700
Buffalo, New York 14202
(716) 853-5100
blittle@lippes.com

IT IS SO ORDERED.
Dated:  October 14, 2016

  /s/ Robert Holmes Bell
_____
ROBERT HOLMES BELL
UNITED STATES DISTRICT JUDGE